IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON[1]

    Plaintiff,                       No. CIV S-04-2738 GEB CMK P

    vs.

ARNOLD SCHWARZENEGGER,

    Defendant                      <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed on April 27, 2005 and May 16, 2005 requests for an extension of time to file an amended complaint. On March 9, 2005, the court filed findings and recommendations recommending that plaintiff's complaint be dismissed without prejudice for failure to exhaust administrative remedies and for failure to state a claim. Plaintiff was not given leave to amend his complaint.

///

///

///

---

[1] On his complaint, plaintiff listed his full name as "Harvey Eugene." It is apparent from subsequent filings that plaintiff's full name is "Harvey Eugene Larson." Accordingly, the court changes the caption to reflect such.

1

1  Accordingly, IT IS ORDERED that plaintiff's applications for an extension of
2  time to file an amended complaint are moot and shall be placed in the court file and disregarded.

3  DATED: June 8, 2005.

4

5  _____
   **CRAIG M. KELLISON**
6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26