IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                    2:04-cv-2738-GEB-CMK-P

   vs.

ARNOLD SCHWARZENEGGER,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, filed a complaint on December 30, 2004, seeking relief pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 9, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

1

1 Plaintiff has filed objections to the findings and
2 recommendations.
3       In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5 <u>de novo</u> review of this case.  Having carefully reviewed the
6 entire file, the court finds the findings and recommendations to
7 be supported by the record and by proper analysis.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1.  The findings and recommendations filed March 9,
10 2005, are adopted in full; and
11       2.  This action is dismissed, without prejudice, for
12 failure to exhaust administrative remedies and for failure to
13 state a claim upon which relief can be granted.
14 DATED:  October 24, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge